**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Sarah Anne Broughton** | Social Security number or ITIN  **xxx–xx–6759** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **District of Utah**

Case number:  **21–21926  KRA**     Chapter 7     Petition date: 5/4/21

# Order of Discharge                                                                                                  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Sarah Anne Broughton
aka Sarah Anne Litton

<u>8/25/21</u>

**By the court:**  Kevin R. Anderson
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of Utah

In re: Case No. 21-21926-KRA

Sarah Anne Broughton  Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 1088-2 User: admin Page 1 of 3
Date Rcvd: Aug 25, 2021 Form ID: 318 Total Noticed: 48

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sarah Anne Broughton, 1359 West University Blvd Ste A-308, Odessa, TX 79764-7102 |
| 11839600 | + | ABC Fitness, 8324 HWY 107, Sherwood, AR 72120-3825 |
| 11839604 | + | ARUP Laboratories, PO Box 27964, Salt Lake City, UT 84127-0964 |
| 11839601 | + | Action Revenue Recovery, Attn: Bankruptcy, Po Box 4084, Monroe, LA 71211-4084 |
| 11839602 | + | Ameriflush, 10601 West Murphy St., Odessa, TX 79763-7883 |
| 11839599 | + | Brandt Nathan Litton, 3498 East 3500 South, Vernal, UT 84078-9234 |
| 11839609 | + | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 11839611 | + | Chimef/str, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 11839613 | + | Desert Rock Capitol, Payment Processing Center, PO Box 910985, St George, UT 84791-0985 |
| 11839614 | + | Ector County Compliance Department, 300 North Grant, #116, Odessa, TX 79761-5157 |
| 11839615 | + | Emergency Physician Statement, PO Box 734656, Chicago, IL 60673-4656 |
| 11839617 | + | Financial Corporation of America, 12515 Research BLVD, #100, Austin, TX 78759-2247 |
| 11839618 | + | Fire Fighters Credit Union, 124 West 1400 South, Salt Lake City, UT 84115-5200 |
| 11839619 | + | Firefighters Credit Un, 124 West 1400 So, Salt Lake City, UT 84115-5201 |
| 11839622 | + | Hutchings Family Dentistry, 440 South 700 East, Ste. 305, Salt Lake City, UT 84102-2800 |
| 11839624 | + | Intermountian Healthcare, PO Box 30193, Salt Lake City, UT 84130-0193 |
| 11839626 | + | Luke, Johson, and Lewis, LLC, 1322 East 1300 South, Salt Lake City, UT 84105-1943 |
| 11839627 | + | MCH, 500 West 4th St., Midland, TX 79761-5001 |
| 11839628 | | MED, Midland TX, RETURNED MAIL--99999 |
| 11839629 | + | Midland Hospital, 400 Rosalind Redfern Grover Pkwy, Midland, TX 79701-5846 |
| 11839630 | + | North Davis Anesthesiology LLC, PO Box 3810, Salt Lake City, UT 84110-3810 |
| 11839631 | | Overlook at Sunset Point, 2955 North 400 West, Layton, UT 84041 |
| 11839636 | ++ | PACIFICORP, ATTN BANKRUPTCY, PO BOX 25308, SALT LAKE CITY UT 84125-0308 address filed with court:, Rocky Mountain Power, PO Box 26000, Portland, OR 97256 |
| 11839632 | + | Progressive Insurance, PO Box 984105, Los Angelos, CA 90189-0001 |
| 11839633 | + | R & R Collection, Attn: Bankruptcy, 1007 W Illinois Ave, Midland, TX 79701-6155 |
| 11880272 | + | Recoup Asset Management LLC, 4850 Harrison Blvd STE 1, Ogden, UT 84403-4389 |
| 11839634 | + | Reeves County Hospital District, 417 Bridge St., #AP100124#021, Danville, VA 24541-1403 |
| 11839637 | + | Six Flags National Support Center, 2201 East Road to Six Flags St., Arlington, TX 76011-5196 |
| 11839638 | | Southern New Hampshire University, North River Road, Manchester, NH 03106 |
| 11839639 | + | Tanner Clinic, 2121 North 1700 West, Layton, UT 84041-1185 |
| 11839640 | + | Tru Fit Odessa, 2423 North County Rd West, Odessa, TX 79763-2443 |
| 11839642 | + | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 11839607 | Email/Text: paymentprocessing@avanteusa.com | Aug 25 2021 23:04:00 | AvanteUSA Ltd., 3600 South Gessner Road, Suite 225, Houston, TX 77063 |
| 11839606 | Email/Text: paymentprocessing@avanteusa.com | Aug 25 2021 23:04:00 | AvanteUSA, 3600 South Gessner, Suite 225, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Houston, TX 77063 |
| 11839605 | + | Email/Text: bk@avant.com | Aug 25 2021 23:05:00 | Avant, 222 North LaSalle St., Suite 1600, Chicago, IL 60601-1112 |
| 11839608 | + | EDI: BANKAMER2.COM | Aug 26 2021 03:08:00 | Bank of America, 100 North Tyron Street, Charlotte, NC 28255-0001 |
| 11839610 | + | EDI: CAPONEAUTO.COM | Aug 26 2021 03:08:00 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 11839616 | + | Email/Text: bankruptcy@expressrecovery.com | Aug 25 2021 23:05:00 | Express Recovery Services, PO Box 26415, Salt Lake City, UT 84126-0415 |
| 11839621 | | Email/Text: reports@halstedfinancial.com | Aug 25 2021 23:05:00 | Halsted Financial Services, LLC, PO BOX 828, Skokie, IL 60076 |
| 11839623 | + | EDI: IIC9.COM | Aug 26 2021 03:13:00 | I.C. System, Inc., PO Box 64437, St. Paul, MN 55164-0437 |
| 11839625 | + | EDI: IRS.COM | Aug 26 2021 03:08:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 11839612 | | Email/Text: smgutahbankruptcycourt@steward.org | Aug 25 2021 23:04:25 | Davis Hospital and Medical Center, PO Box 27012, Salt Lake City, UT 84127 |
| 11839635 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2021 23:12:33 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 11839641 | + | Email/Text: bk@ttcu.com | Aug 25 2021 23:05:00 | Tulsa Teachers Credit Union, 10081 East 81st St., Tulsa, OK 74133-4543 |
| 11839643 | + | EDI: UTAHTAXCOMM.COM | Aug 26 2021 03:08:00 | Utah State Tax Commission, 210 North 1950 West, Salt Lake City, UT 84134-9000 |
| 11839645 | + | EDI: VERIZONCOMB.COM | Aug 26 2021 03:08:00 | Verizon Wireless, 500 Technology Drive, Suite 500, Weldon Springs, MO 63304-2225 |
| 11839644 | + | EDI: VERIZONCOMB.COM | Aug 26 2021 03:08:00 | Verizon Wireless, PO Box 15124, Albany, NY 12212-5124 |
| 11839646 | + | EDI: COMCASTCBLCENT | Aug 26 2021 03:08:00 | Xfinity, 9602 South 300 West, STE B, Sandy, UT 84070-3339 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Recoup Asset Management LLC, 4850 Harrison Blvd STE 1, Ogden, UT 84403-4389 |
| 11839603 | ##+ | Apg Financial, Attn: Bankruptcy, 3899 S. Redwood Rd, Salt Lake City, UT 84119-4733 |
| 11839620 | ##+ | GC Services, PO BOX 79, Elgin, IL 60121-0079 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 1088-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 25, 2021 | Form ID: 318 | Total Noticed: 48 |

Date: Aug 27, 2021  Signature: /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abraham O. Smoot, VII | on behalf of Creditor Recoup Asset Management LLC aosvii@gmail.com  recoupassetmanagement@gmail.com |
| David L. Miller tr | davidlmillerpc@msn.com  ut09@ecfcbis.com;dlm@trustesolutions.net |
| Jarred A. Henline | on behalf of Debtor Sarah Anne Broughton jarred@henline-law.com  henlinelaw@gmail.com;henlinejr75061@notify.bestcase.com |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

TOTAL: 4